LKB:
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

RECEIVED
OCT 09 2019
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

2019R00459

UNITED STATES OF AMERICA

v.

NOE ALAMOS PANTOJA

Case No. 19-MJ-651 (HB)

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about October 8, 2019, in Hennepin County, in the State and District of Minnesota, defendant

possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section(s) 841(a)(1) and 841(b)(1)(A).

I further state that I am a(n) Task Force Officer and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

*Complainant's Signature*

Detsouk Teip Vixayvong, DEA Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Oct. 9, 2019

City and State: St. Paul, MN

*Judge's Signature*

Hildy Bowbeer, United States Magistrate Judge
*Printed Name and Title*

SCANNED
OCT 09 2019
U.S. DISTRICT COURT ST. PAUL