19-MJ-651(HB)

STATE OF MINNESOTA          ss.  AFFIDAVIT OF DETSOUK TIEP VIXAYVONG
COUNTY OF RAMSEY

I, Detsouk Teip Vixayvong, being first duly sworn under oath, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I make this affidavit in support of the a criminal complaint and arrests charging Noe ALAMOS PANTOJA, with possession with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

2.     I am employed as an officer with the St. Paul Police Department, currently assigned as a Task Force Officer ("TFO") of the Drug Enforcement Administration ("DEA") at the District Office in Minneapolis, Minnesota. I have been employed as a licensed police officer for more than 17 years. I have conducted and been involved with numerous investigations involving laws enforced by the Drug Enforcement Administration as well as State narcotics crimes. As part of my duties as a Task Force Officer, I investigate and enforce violations of the Federal and State narcotics code and other related laws concerning the importation and distribution of controlled substances into and within the United States.

3.     The facts and information contained in this affidavit are based on my personal knowledge of the investigation and observations of other agents and officers involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations.

SCANNED

OCT 0.9 2019

U.S. DISTRICT COURT ST. PAUL

4.     This affidavit contains information necessary to support probable cause for this complaint. It is not intended to include each and every fact and matter observed by me or known to the government.

## PROBABLE CAUSE

5.     On October 8, 2019, the Ramsey County Sheriff's Office Violent Crime Enforcement Team (VCET) obtained a Hennepin County District Court search warrant for a residence located at a particular residence on Emerson Avenue North, in Brooklyn Center, Minnesota (hereinafter the "residence"). The warrant authorized the officers to search for and seize evidence related to methamphetamine trafficking activities.

6.     On October 8, 2019, TFO Vixayvong, along with Investigators from the Ramsey County VCET Unit executed the Search Warrant at the residence. Investigators knocked on the door and identified themselves as the Police. A male later identified as the suspect Noe Alamos PANTOJA came to the door for the Police. ALAMOS PANTOJA immediately stated, "You are here for me, they have nothing to do with it", indicating his family (who were also in the residence). ALAMOS PANTOJA was immediately detained.

7.     Investigators continued the execution of the search warrant, and detained all parties located in the residence. Under a post Miranda interview, ALAMOS PANTOJA told Investigators that there were 25 pounds of methamphetamine in the back seat of his vehicle, which was parked in the garage.   ALAMOS PANTOJA stated the methamphetamine was all his and took full responsibilities for the methamphetamine being at this residence. During the search, TFO Vixayvong went into the garage and saw a vehicle with MN LIC 169-DEB parked inside of the garage. The vehicle did not look like

it was operational and was missing some parts. TFO Vixayvong looked in the back seat and saw a black bag inside plastic bin. Inside the plastic bag was approximately 22 pounds of suspected methamphetamine. The methamphetamine was found exactly where ALAMOS PANTOJA told Investigators it would be. Three additional pounds of suspected methamphetamine were also located in the vehicle. Investigators also located approximately $10,000 in US Currency in what was identified as ALAMOS PANTOJA's bedroom.

8.     The total weight of the packages of suspected methamphetamine was approximately 25 pounds. A field test was conducted on one of the suspected methamphetamine packages found in the Search Warrant and returned positive for methamphetamine. Based on my training and experience, this is an amount consistent with distribution rather than personal use. ALAMOS PANTOJA was taken to the Hennepin County Jail where he was booked for narcotics related offenses.

9.     Through the investigation, we learned that ALAMOS PANTOJA had a listed the residence as his home address. Investigators also learned ALAMOS PANTOJA has a prior Federal Conviction in 2010 for Conspiracy to Distribute Methamphetamine, Cocaine and Marijuana. ALAMOS PANTOJA is currently on Federal Probation for the original offense.

10.    Based on the foregoing, there is probable cause to believe that on or about October 8, 2019, in the State and District of Minnesota, Noe ALAMOS PANTOJA possession with intent to distribute 500 grams or more of a mixture and substance

containing a detectable amount of methamphetamine, a controlled substance, in violation

of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

Further your Affiant sayeth not.

SUBSCRIBED and SWORN to before me
this 9th day of October, 2019.

Hildy Bowbeer
United States Magistrate Judge

Detsouk Teip Vixayvong
Task Force Officer
Drug Enforcement Administration